**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00634-CV**

**IN THE INTEREST OF V.W. JR., A CHILD**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90770**

**ORDER**

Before us is the Texas Department of Family and Protective Services's motion for extension of time to file its appellee's brief. Because these types of appeals must be handled expeditiously, the Department's motion is **GRANTED IN PART**. *See* TEX. R. JUD. ADMIN. 6.2(a) (appeal of child protection case should, so far as reasonably possible, be disposed of within 180 days of the date the notice of appeal is filed). The Department's brief is now due to be filed on or before **November 23, 2022**.

/s/    AMANDA L. REICHEK
PRESIDING JUSTICE